IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DR. RICHARD L. THALMAN d/b/a THALMAN CHIROPRACTIC & WELLNESS CENTER, on behalf of Plaintiff and the class members defined herein,<br><br>     Plaintiff,<br><br>v.<br><br>ECHO HEALTH INC., and JOHN DOES 1-10,<br><br>     Defendants. | Cause No: 3:20-cv-1129-RJD |

### DEFENDANT ECHO HEALTH, INC.'S CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

COMES NOW Defendant, ECHO Health, Inc., by and through its undersigned counsel, and respectfully requests that the Court grant an extension of time for it to answer or otherwise respond to Plaintiffs' Complaint. In support thereof, Defendant states:

1. Plaintiff filed his Complaint on October 26, 2020. Doc. No. 1.

2. Plaintiff has consented to an extension of time to December 17, 2020 for Defendant, ECHO Health, Inc., to respond to Plaintiff's Complaint.

3. No prior motion for extension of time has been filed by Defendant and this brief extension of time is necessary to allow Defendant to complete its investigation to adequately respond to the Complaint.

4. No party will be prejudiced by the relief requested in this Motion and the Motion is not filed for the purposes of delay.

5. Based on the foregoing, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant has demonstrated good cause to extend the time to respond to the Complaint.

WHEREFORE, for the reasons set forth above, the Defendant, ECHO Health, Inc., respectfully requests that the Court enter an order permitting it until December 17, 2020 to answer or otherwise respond to Plaintiff's Complaint.

DATED:  November 12, 2020                                  Respectfully submitted,

**HEPLERBROOM LLC**

By: /s/ W. Jason Rankin
    W. Jason Rankin, #6237927
    130 N. Main Street
    P.O. Box 510
    Edwardsville, IL 62025
    Phone: 618-307-1184
    Fax: 618-656-1364
    wjr@heplerbroom.com

*Attorneys for Defendant ECHO Health, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 12th day of November, 2020, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system:

Daniel A. Edelman
Cathleen M. Combs
Heather Kolbus
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark Street, Ste 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 Fax
ccombs@edcombs.com
dedelman@edcombs.com
hkolbus@edcombs.com

           *Attorneys for Plaintiff*

              */s/ W. Jason Rankin*