# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## BENTON DIVISION

| | |
|---|---|
| DR. RICHARD L. THALMAN doing business as THALMAN CHIROPRACTIC & WELLNESS CENTER, on behalf of plaintiff and the class members defined herein, | CIVIL No.: 20-cv-1129-DWD |
| Plaintiff, | CJRA TRACK: D |
| v. | JURY TRIAL MONTH: Dec. 2022 |
| ECHO HEALTH INC., and JOHN DOES 1-10, | JUDGE: David W. Dugan |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff Dr. Richard L. Thalman ("Plaintiff") and Defendant ECHO Health Inc. ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant without prejudice and without costs. Plaintiff dismisses his class claims against Defendant without prejudice and without costs. Plaintiff dismisses his claims against defendant John Does 1-10 without prejudice and without costs. The parties agree that this stipulation of dismissal does not affect any party's rights under Fed. R. Civ. P. 41(d).

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Justin M. Penn (w/ consent) |
| Daniel A. Edelman | Justin M. Penn |
| Heather Kolbus | HINSHAW & CULBERTSON LLP |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | 151 N. Franklin Street, Suite 2500 Chicago, IL 60606 |
| 20 S. Clark Street, Suite 1500 | (312) 704-3000 |
| Chicago, IL 60603 | |
| (312) 739-4200 | James M. Brodzik |
| *Attorneys for Plaintiff* | HINSHAW & CULBERTSON LLP |

1

521 West Main Street, Suite 300
Belleville, IL  62220
(618) 277-2400
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on January 19, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notice via email to be sent to the following:

    James M. Brodzik - jbrodzik@hinshawlaw.com
    HINSHAW & CULBERTSON LLP
    521 West Main Street, Suite 300
    Belleville, IL 62220

    Justin M. Penn - jpenn@hinshawlaw.com
    HINSHAW & CULBERTSON LLP
    151 N. Franklin Street, Suite 2500
    Chicago, IL 60606

                                            s/Heather Kolbus
                                            Heather Kolbus

    Daniel A. Edelman
    Cathleen M. Combs
    Heather Kolbus
    EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
    20 S. Clark Street, Suite 1500
    Chicago, IL 60603
    (312) 739-4200